IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT E. WOODWARD**                                                  **PLAINTIF**
**ADC #166447**

v.                 **CASE NO: 5:19CV00023 JM**

**WENDY KELLEY, Director,**                                  **DEFENDANTS**
**Arkansas Department of Correction;** *et al.*

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's unlawful extradition and conspiracy claims be dismissed without prejudice;

2. Defendant Tumey be dismissed without prejudice;

3. Plaintiff's visitation claim be dismissed without prejudice;

4. Plaintiff's claims regarding cups be dismissed without prejudice;

5. Plaintiff's claims regarding going outside be dismissed without prejudice;

6. Plaintiff's Double Jeopardy claims be dismissed without prejudice;

7. Plaintiff's conditions of confinement claims be dismissed without prejudice;

8. Plaintiff's damages claims be dismissed without prejudice;

9. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations would not be taken in good faith.

IT IS SO ORDERED this 4th day of March, 2019.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE