IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT E. WOODWARD**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIF**
**ADC #166447**

**v.**　　　　　　　　**CASE NO: 5:19CV00023 JM**

**WENDY KELLEY, Director,**　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**
**Arkansas Department of Correction;** *et al.*

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice. The Court certifies that an *in forma pauperis* appeal would be considered frivolous and not in good faith.

IT IS SO ORDERED this 25th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE